IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN DISTRIBUTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv529 |
| | ) | |
| v. | ) | |
| | ) | |
| KOST UNITED STATES OF AMERICA, Inc., | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the recusal of Joseph F. Bataillon (Filing No. 11) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 29th day of January, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge