IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WARREN DISTRIBUTION, INC.,      )
                                )
              Plaintiff,        )          8:06CV529
                                )
         v.                     )
                                )
KOST USA, INC.,                 )          ORDER
                                )
              Defendant.        )
_____ )
```

This matter is before the Court on plaintiff's motion to extend time for service under Fed.R.Civ.P. 4(m) (Filing No. 13). The Court notes plaintiff has filed notice that summons was served on January 29, 2007. Accordingly,

IT IS ORDERED that said motion is denied as moot.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court