IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WARREN DISTRIBUTION, INC.,      )
                                )
          Plaintiff,            )          8:06CV529
                                )
     v.                         )
                                )
KOST USA, INC.,                 )          ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice (Filing No. 22).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed without prejudice, each party to bear its own costs and fees.

DATED this 13th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court